**John Henry TOMLIN, Plaintiff–Appellant,**

v.

**Terry STEWART, Director; et al., Defendants–Appellees.**

No. 02–16050.

D.C. No. CV–97–02293–DSD.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

John Henry Tomlin, pro se, Tucson, AZ, Plaintiff–Appellant.

James R. Morrow, Asst. Atty. Gen., Susanna C. Pineda, AGAZ–Office of the Arizona Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

John Henry Tomlin, an Arizona state prisoner, appeals pro se the district court's order denying a motion for new trial and a motion for judgment as a matter of law following a two-day jury trial in Tomlin's 42 U.S.C. § 1983 action alleging that he

had been denied access to the courts. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion. *Ostad v. Oregon Health Sci. Univ.,* 327 F.3d 876, 883 (9th Cir.2003) (jury instructions); *Bell v. Clackamas Cty.,* 341 F.3d 858, 865 (9th Cir.2003) (judgment as a matter of law). We affirm.

The district court did not abuse its discretion by allowing a jury instruction requiring Tomlin to establish that the defendants' actions were intentional, particularly because the defendants' testified at trial that their actions were intentional. *Cf. Freeman v. Arpaio,* 125 F.3d 732, 737 (9th Cir.1997)

The district court properly denied Tomlin's motions for new trial and judgment as a matter of law because the jury's verdict was properly supported by the law and evidence. *See Madrid v. Gomez,* 190 F.3d 990, 996 (9th Cir.1999) (holding that inmates must demonstrate an actual injury).

**AFFIRMED.**

**Ronald DEL RAINE, Petitioner–Appellant,**

v.

**Roberto HARO, Warden, Respondent–Appellee.**

No. 02–17089.

D.C. No. CV–02–05556–REC/DLB.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

Ronald Del Raine, pro se, Atwater, CA, for Petitioner–Appellant.

Samantha Sue Spangler, USSC–Office of the U.S. Attorney, Sacramento, CA, Carl M. Faller, Jr., USSC–Office of the U.S. Attorney, Fresno, CA, for Respondent–Appellee.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Federal prisoner Ronald Del Raine appeals pro se the district court's order dismissing his motion for transfer pursuant to Federal Rule of Appellate Procedure 23(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Del Raine contends that he was transferred to the Eastern District ("E.D.") of California in violation of Fed. R.App. P. 23(a), because the Bureau of Prisons transferred him without seeking a court order from the Central District of California ("C.D."), where his 28 U.S.C. § 2241 habeas petition was filed.

To the extent Del Raine contends his transfer affected his habeas petition, a transfer back to the C.D. is not necessary. *See Shabazz v. Carroll,* 814 F.2d 1321, 1324 (9th Cir.1987) (declining to order transfer back, notwithstanding improper

transfer, because review of habeas petition was not prejudiced), *vacated in part on other grounds,* 833 F.2d 149 (9th Cir.1987); *see also* Fed. R.App. P. 23(a).[1]

To the extent Del Raine contends his prison transfer was a result of vindictive and retaliatory behavior by the government in response to his litigation against the government, we decline to address his claims because they are not cognizable in a Rule 23(a) motion. *See Badea v. Cox,* 931 F.2d 573, 574 (9th Cir.1991) (stating that habeas corpus proceedings are the proper mechanism for challenging the legality or duration of confinement, whereas civil rights actions are the proper method for challenging conditions of confinement).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Raymond SHERMAN, Sr., Defendant—
Appellant.**

No. 02–50333.

D.C. No. CR–02–00454–ER–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. This court has dismissed Del Raine's appeal of the district court's denial of his § 2241 habeas petition. *See Del Raine v. Adams,* 58 Fed. Appx. 762 (9th Cir.2003).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).